**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.*

| | |
|---|---|
| **1. Debtor's name** | Raceday Cycle, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Raceday Cycle & Multisport |
| **3. Debtor's federal Employer Identification Number (EIN)** | 83-1514125 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 825 Twelve Bridges Drive, Ste. 70 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Lincoln      CA    95648 | |
| City     State    ZIP Code | City     State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Placer County | |
| County | Number    Street |
| | City     State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | https://racedaycycle.com/ |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Raceday Cycle, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5941

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

              District _____ When _____ Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

              District _____ When _____
                                                MM / DD / YYYY

              Case number, if known _____

| Debtor | Raceday Cycle, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Raceday Cycle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/01/2020
              MM   / DD / YYYY

**✗** /s/ Marc Sanders                          Marc Sanders
Signature of authorized representative of debtor    Printed name

Title  CEO, Director

**18. Signature of attorney**

**✗** /s/ Stephen Reynolds          Date    12/01/2020
Signature of attorney for debtor              MM   / DD / YYYY

Stephen Reynolds
Printed name
Reynolds Law Corporation
Firm name
424 Second Street Suite A
Number          Street

| Davis | CA | 95616 |
|---|---|---|
| City | State | ZIP Code |

530 297 5030                          sreynolds@lr-law.net
Contact phone                          Email address

148902                               CA
Bar number                           State

---

**Fill in this information to identify the case:**

Debtor name    Raceday Cycle, Inc.

United States Bankruptcy Court for the: Eastern District of California

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Richard Burns c/o Daniel A. King, Esq. Pioneer Law Group 1122 S Street, Ste. 201 Sacramento, CA, 95811 | | Lincoln | | | | 50,000.00 |
| 2 | Felt Bicycles 3016 Avenida de las Banderas Unit A Rancho Santa Margarita, CA, 92688 | | Suppliers or Vendors | | | | 12,000.00 |
| 3 | ON Inc. 1937 NW Quimby Street Portland, OR, 97209 | | Suppliers or Vendors | | | | 6,000.00 |
| 4 | Terry L. Gilbeau Law Offices of Terry L. Gilbeau 5701 Lonetree Blvd. Ste. 304 Rocklin, CA, 95765 | | legal services | | | | 0.00 |
| 5 | US Bank 425 Walnut Street Cincinnati, OH, 45202 | | | | | | 0.00 |
| 6 | JAMS 160 W. Santa Clara Street Suite 1600 San Jose, CA, 95113 | | potential liability for arbitration with Specialized | | | | 0.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Raceday Cycle, Inc.
          _____          Case number (if known)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name __Raceday Cycle, Inc.__

United States Bankruptcy Court for the: __Eastern District of California__

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Specialized Bicycle Components, Inc.<br><br>**Creditor's mailing address**<br>15130 Concord Circle<br>Morgan Hill, CA<br><br>**Creditor's email address, if known**<br><br><br>Date debt was incurred _____<br>Last 4 digits of account number _____<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>shop inventory, bicycles, parts, accessories, food, wine and beer, Bicycle repair tools, refrigerators, keg coolers, kitchen equipment, racks for merchandise, furniture, tables, stools, sales displays<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ 0.00 |
| **2.2** **Creditor's name**<br><br>**Creditor's mailing address**<br><br><br>**Creditor's email address, if known**<br><br><br>Date debt was incurred _____<br>Last 4 digits of account number _____<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $ 0.00

| Debtor | Raceday Cycle, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Paul Schroeder, Esq.<br>Law Offices of Paul Schroeder<br>961 Ygnacio Valley Road<br>Walnut Creek, CA, 94596 | Line 2. _1_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

Fill in this information to identify the case:

Debtor    Raceday Cycle, Inc.

United States Bankruptcy Court for the: **Eastern District of California**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> California Department of Tax and Fee <br> Administration <br> Account Information Group MIC:29 <br> PO Box 942879 <br> Sacramento, CA, 94279-0029 <br><br> **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** $ 0.00 <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Taxes & Other Government Units | | $ |
| **Last 4 digits of account number** _____ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> Franchise Tax Board <br> PO Box 2952 <br> Sacramento, CA, 95812-2952 <br><br> **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** $ 0.00 <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Taxes & Other Government Units | | $ |
| **Last 4 digits of account number** _____ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address <br> Internal Revenue Service <br> PO Box 7346 <br> Philadephia, PA, 19101-7346 <br> . <br><br> **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** $ 0.00 <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Taxes & Other Government Units | | $ |
| **Last 4 digits of account number** _____ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

| Debtor | Raceday Cycle, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|-------------|----------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|--|--|--|-----------------|

**3.1** Nonpriority creditor's name and mailing address
Felt Bicycles
3016 Avenida de las Banderas
Unit A
Rancho Santa Margarita, CA, 92688

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 12,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
JAMS
160 W. Santa Clara Street
Suite 1600
San Jose, CA, 95113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   potential liability for arbitration with Specialized

$ Undetermined

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
ON Inc.
1937 NW Quimby Street
Portland, OR, 97209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 6,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Richard Burns
c/o Daniel A. King, Esq. Pioneer Law Group
1122 S Street, Ste. 201
Sacramento, CA, 95811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Lincoln

$ 50,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Terry L. Gilbeau
Law Offices of Terry L. Gilbeau
5701 Lonetree Blvd. Ste. 304
Rocklin, CA, 95765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   legal services

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
US Bank
425 Walnut Street
Cincinnati, OH, 45202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number   5191

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Raceday Cycle, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Group Rossignol USA, Inc. Officer, Managing or General Agent, or any other agent authorized to receive service of process 1413 Center Drive Silverthorne, CO, 80498 | Line 3.1 ☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.3. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.4. | | Line ____ ☐ Not listed. Explain | _____ |
| 41. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.5. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.6. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.7. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.8. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

| Debtor | Raceday Cycle, Inc. | | Case number *(if known)* | |
|--------|---------------------|---|--------------------------|---|
| | **Name** | | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 68,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 68,000.00 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy Case No. *(if known)* : |
|---|---|
| **Raceday Cycle, Inc.** | |
| Debtor(s). | |

*The following additional information is required when filing this form in an adversary proceeding.*

| | Adversary Proceeding No. *(if known)* : |
|---|---|
| **v.** | |
| Plaintiff(s), | |
| Defendant(s). | |

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

Raceday Cycle, Inc.
*[Insert name of corporate debtor/party]*

**Check one:**  ☒ **DEBTOR**  ☐ **PLAINTIFF**  ☐ **DEFENDANT**  ☐ **OTHER** *(specify)*: _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.*

☐ **1.** **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

*(For additional names, attach an addendum to this form.)*

☒ **2.** **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

11/29/2020

_____
Signature of Authorized Individual for Corporate Debtor/Party

Marc Sanders
_____
Printed Name of Authorized Individual for Corporate Debtor/Party

CEO and Director
_____
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Marc Sanders, declare under penalty of perjury that I am the CEO and Director of Raceday Cycle, Inc.:

Whereas it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be it therefore resolved that Marc Sanders, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Corporation; and

Be it further resolved that Marc Sanders, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it further resolved that Marc Sanders, is authorized and directed to employ Stephen M. Reynolds, of Reynolds Law Corporation to represent the Corporation in such bankruptcy case.

Dated:

11/29/2020

By: _____
Marc Sanders, CEO and Director, Raceday Cycle, Inc.